UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARJUSZ ROSZKOWSKI

v.                                                                                          CA 10-251 ML

CORPORAL TIMOTHY SANZI, et al.

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on February 14, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Motion to Dismiss as to Defendants Sanzi, Zarella, and Baruti is GRANTED. Plaintiff's claims against Defendants Snoke and Ross are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
March /0 , 2011